AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| LICKERISH, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> MEMORABILIA FOR LESS LLC <br><br> *Defendant(s)* | Case No. 23-22380-CIV-MARTINEZ <br><br> Civil Action No. 1:23-cv-22380 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   MEMORABILIA FOR LESS LLC
c/o Reinaldo Romero (Registered Agent)
3785 SW 133 Court
Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 06/27/2023

Angela E. Noble
Clerk of Court

s/ J. Conway
Deputy Clerk
U.S. District Courts